UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**           **CRIMINAL DOCKET**

**VERSUS**          **NO. 4:18-CR-0147**

**HENRY GUILLORY**

ORDER

BASED ON THE FOREGOING, it is ORDERED that Defendant Henry Guillory's Motion for Downward Departure is GRANTED. on this _____ day of August, 2018.

_____

UNITED STATES DISTRICT JUDGE