# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET** |
| **VERSUS** | **NO. 4:18-CR-0147** |
| **HENRY GUILLORY** | |

## CERTIFICATE OF CONFERENCE

      NOW comes Defendant, Henry Guillory, via the undersigned, certifying that the parties conferred via electronic mail on August 23, 2018, regarding Defendant's Motion for Continuance of Sentencing Hearing wherein the Government voiced its' opposition, stating Defendant has had forty days to ascertain the loss amount and has been aware of the Government's proposed loss amount.

      Respectfully submitted,

_____/S/_____
Salvador Benavidez sbenavidez@liberatinglaw.com
State Bar No.: 024062418
Tracie Jackson Traciejackson@hushmail.com
State Bar No. 24053020
3315 Mercer St.
Houston, Texas 77027
Tel: 713-227-1717