# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA                                    CRIMINAL DOCKET

VERSUS                                                      NO. 4:18-CR-0147

HENRY GUILLORY

DEFENDANT'S OPPOSED MOTION TO CONTINUANCE OF SENTENCING HEARING

ORDER

BASED ON THE FOREGOING, it is ORDERED that Defendant Henry Guillory's Motion for Continuance is DENIED on this 22nd day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

3